UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:24-cr-122-SPC-KCD

VINCENT JAY YAU
_____/

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 48). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting an **Acer Laptop Computer, Model PH317-54-70ED, Serial Number NHK9WAA00303402AE 12600, and an iPhone 11 Pro Max, Serial Number FAMZFCGLN70L, IMEI number 353892100299125** ("Assets"). *See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 48) is **GRANTED**.

1. The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on March 7, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record