UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-122-SPC-KCD

VINCENT JAY YAU

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 55).  The Government seeks to have forfeited an **Acer Laptop Computer, Model PH317-54-70ED, Serial Number NHK9WAA00303402AE 12600, and an iPhone 11 Pro Max, Serial Number FAMZFCGLN70L, IMEI number 353892100299125** ("Assets"), which were subject to the Court's March 7, 2025 Preliminary Order of Forfeiture. (Doc. 49).  Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired.   The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 55) is **GRANTED**.

1. Defendant's interest in the Acer Laptop Computer, Model PH317-54-70ED, Serial Number NHK9WAA00303402AE 12600, and an iPhone 11 Pro Max, Serial Number FAMZFCGLN70L, IMEI number 353892100299125 are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on May 23, 2025.

*[Signature]*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record